# IN THE SUPREME COURT OF MISSISSIPPI

## NO. 2025-BD-00731-SCT

*THE MISSISSIPPI BAR*

*v.*

*CHARLIE A. CARR*

| | |
|---|---|
| ATTORNEYS FOR COMPLAINANT: | MELISSA SELMAN SCOTT |
| | KATHRYN ADDIS LITTRELL |
| NATURE OF THE CASE: | CIVIL - BAR MATTERS |
| DISPOSITION: | SUSPENDED FROM THE PRACTICE OF LAW - 04/16/2026 |
| MOTION FOR REHEARING FILED: | |

**EN BANC.**

**BRANNING, JUSTICE, FOR THE COURT:**

¶1.     Charlie A. Carr, a resident of Texas and member of the Mississippi Bar since 2009, was convicted of sexual assault by a Texas court in January 2025. As a result of his conviction, the Mississippi Bar filed a formal complaint requesting that Carr's license be immediately suspended pending the outcome of Carr's appeal of his felony conviction.   In accordance with Rule 6(a) of the Rules of Discipline for the Mississippi State Bar, we order the immediate suspension of Carr's privilege to practice law in Mississippi.

## FACTS AND PROCEDURAL HISTORY

¶2.     Carr, a resident of Texas, was admitted to practice law in Mississippi in 2009. On January 15, 2025, Carr was convicted of sexual assault in Collin County, Texas, and was sentenced to ten years in prison.  On June 23, 2025, the Mississippi Bar filed a formal

complaint with this Court and attached a certified copy of Carr's conviction. The complaint listed Carr's address for service of process as "9411 Wolf Run Drive, Dallas, Texas 75227-4779." A summons was issued for Carr on July 2, 2025, for "Charlie A. Carr, TDCJ no. 02545112 Sanders Estes Unit, 1100 Hwy 1807, Venus Texas 76084 or wherever he may be found." The return of service reflects that the summons and complaint were personally served on the law librarian at the Sanders "Sandy" Estes Unit of the Texas Department of Criminal Justice, where Carr is currently incarcerated. Carr filed no response to the Bar's complaint.

## STANDARD OF REVIEW

¶3.     "This Court holds exclusive jurisdiction over bar disciplinary matters." *Miss. Bar v. Collins*, 119 So. 3d 1039, 1041 (Miss. 2013) (citing *Miss. Bar v. Shelton*, 855 So. 2d 444, 445 (Miss. 2003)). The Bar carries "the burden of proving an attorney's misconduct by clear and convincing evidence." *Id.* (citing *Shelton*, 855 So. 2d at 445).

## DISCUSSION

¶4.     This Court enjoys "exclusive and inherent jurisdiction of matters and proceedings pertaining to attorney discipline[.]" Miss. R. Discipline 1. "Whenever any attorney subject to the disciplinary jurisdiction of the Court shall be convicted in any court of any state . . . of any felony . . . a certified copy of the judgment of conviction . . . shall be conclusive evidence thereof. The Court shall . . . order his immediate suspension from the practice of law." Miss. R. Discipline 6(a). Carr's felony conviction, as certified to this Court, meets the stated standard for Carr's immediate suspension from the practice of law in Mississippi.

## CONCLUSION

¶5.    This Court orders the immediate suspension of Charlie A. Carr from the practice of law in Mississippi under Rule 6(a) of the Rules of Discipline for the Mississippi State Bar.

¶6.    **CHARLIE A. CARR IS SUSPENDED FROM THE PRACTICE OF LAW.**

**RANDOLPH, C.J., KING AND COLEMAN, P.JJ., ISHEE, GRIFFIS AND SULLIVAN, JJ., CONCUR.**